M. V. WEBER, *et al.,* v. MARY J. HARVEY, a Widow.

154 So. 927.
Decision Filed April 24, 1934.
Petition for Rehearing Denied May 18, 1934.

*Blackwell & Gray* and *A. Y. Clement,* for Plaintiffs in Error;

*Malcolm M. MacDonald,* for Defendant in Error.

PER CURIAM.—Suit at law on promissory note. Judgment for plaintiff for principal, interest and attorney's fees. No reversible error.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.